

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00354-CV

**EX PARTE M.N.F.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06163
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

Any costs of appeal are assessed against appellant.

SIGNED August 5, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice